UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: BIOMET M2a MAGNUM ) | |
| HIP IMPLANT PRODUCT ) | CAUSE NO. 3:12-MD-2391 RLM |
| LIABILITY LITIGATION (MDL 2391) ) | |
| ) | |
| This Document Relates to All Cases ) | |

ORDER CONCERNING REMOTE ATTENDANCE AT
STATUS CONFERENCE

Those who wish to attend the August 24, 2017, 1:00 p.m. (EDT) Status Conference by telephone can join via conference call.

The conference number for the Status Conference is (720) 903-7875. The conference code is 3131-532#. Please call the line **fifteen (15) minutes before the call begins** as the Operator must place you into the Conference. The court has instructed that everyone participating by phone must be shown as present and appearing. Therefore, please identify everyone on the call to the phone operator. No recording of status conferences is allowed.

Attendees have no speaking parts unless authorized in advance by the court.

SO ORDERED.

ENTERED:   August 18, 2017


                          /s/ Robert L. Miller, Jr.
                    Judge, United States District Court

1