UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: BIOMET M2a MAGNUM HIP ) <br> IMPLANT PRODUCTS LIABILITY ) <br> LITIGATION (MDL 2391) ) <br> ) <br> ) <br> This Document Relates to All Cases ) <br> ) | CAUSE NO.  3:12-MD-2391 |

MEMORANDUM AND ORDER
FOR AUGUST 24, 2017 STATUS CONFERENCE

Navan Ward, Brenda Fulmer, and Ahmed Diab appeared for the plaintiffs; John Winter and John LaDue appeared for the defendants. Topics addressed included the active case count, status of case-specific discovery and pending *Daubert* and summary judgment motions, and the parties' proposals regarding management of remaining and new cases and termination of the MDL proceedings.

Following discussion, the court:

(1) DEFERRED discussions relating to future case management, remand, and termination of proceedings until after it has ruled on the pending *Daubert* [Doc. Nos. 3381-3386 and 3399] and summary judgment motions [Doc. Nos. 3388 and 3390];

(2) ADVISED the parties that, to the extent possible, it will rule in writing on the *Daubert* motions [Doc. Nos. 3381-3386 and 3399], without

a hearing. If issues require additional argument, the court will identify those issues before or at the next scheduling conference, and will set a hearing schedule at that time; and

    (3) SET the next status conference for **Thursday, October 26, 2017, at 1:30 p.m. (E.D.T.)**.

SO ORDERED.

ENTERED:  <u> August 28, 2017 </u>

       <u> /s/ Robert L. Miller, Jr. </u>

       Judge, United States District Court