IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SHAWN D. SCOTT and MARY K. SCOTT, )<br>)<br>    *Plaintiff*s, )<br>vs. )<br>)<br>BIOMET ORTHOPEDICS, LLC, *et al.*, )<br>)<br>    *Defendants*. ) | Case No. 3:17-CV-600-RLM-MGG |

ORDER

Co-counsel having appeared for the defendant, attorneys James G. Powers and April N. Hook's motion to withdraw their appearances [Doc. No. 22] is GRANTED.

SO ORDERED.

ENTERED:   November 20, 2017

                                                      /s/ Robert L. Miller, Jr.
                                          Judge, United States District Court