UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: BIOMET M2a MAGNUM HIP IMPLANT PRODUCTS LIABILITY LITIGATION (MDL 2391) <br><br> This Document Relates to All Cases | ) ) ) ) ) ) )     CAUSE NO. 3:12-MD-2391 |

ORDER

On the court's own motion and without objection, the telephonic status conference originally set for December 19, 2017 is now RESET for **Tuesday, January 30, 2018, at 1:30 p.m. (E.S.T.)**.

SO ORDERED.

ENTERED:   December 18, 2017


                                                 /s/ Robert L. Miller, Jr.
                                        Judge, United States District Court