UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: BIOMET M2a MAGNUM HIP IMPLANT PRODUCTS LIABILITY LITIGATION (MDL 2391) | ) ) CAUSE NO. 3:12-MD-2391 RLM ) ) |
| This Document Relates to All Cases | ) ) ) ) |

MEMORANDUM AND ORDER
FOR MARCH 4, 2019 STATUS CONFERENCE

A status conference was held in this cause on March 4, 2019. Navan Ward and Brenda Fulmer appeared for the plaintiffs; John Winter and Erin Hanig appeared for the defendants. Topics addressed included the active case count, status of discovery, plaintiffs' proposed modification to the court's remand/transfer orders regarding supplementation of generic discovery, pending motions, and the status of the remaining non-revision case.

Following discussion, the court:

(1) DIRECTED Plaintiffs' Steering Committee to file its motion to modify future remand/transfer orders and supporting memorandum by **March 19, 2019**. The defendants shall have until **April 9, 2019** to file their response, with any reply to be filed by **April 16, 2019**;

(2) DIRECTED Plaintiffs' Lead Counsel Navan Ward to notify the court and counsel for the defendants by **March 19, 2019** whether originating counsel in

*Lambdin v. Biomet*, 3:17cv897, the one remaining non-revision case, wishes to have the stay entered on December 10, 2013 [Doc. No. 1117] lifted and to be included in Discovery Group 8;

(3) GRANTED the defendants' unopposed request to: (a) divide Discovery Group 8 into two groups (Group 8A and 8B), (b) stagger activation of those groups by 60 days, (c) require the plaintiffs to submit updated authorizations within 30 days of activation, and (d) direct that case-specific discovery be completed in each group 7 months later. The parties' were DIRECTED to submit a list of cases to be included in Discovery Groups 8A and 8B, and proposed order activating Group 8A with the agreed upon deadlines by **March 19, 2019**;

(4) DIRECTED the parties to report on the status of the pending motions for protective order by **March 25, 2019**; and

(5) SET the next status conference for **Thursday, May 9, 2019, at 1:30 p.m. (E.D.T.)**. A pre-conference meeting with Lead and Liaison Counsel for the plaintiffs and defendants will be conducted at 1:00 p.m. (E.D.T.) on May 9.

SO ORDERED.

ENTERED:  March 4, 2019

/s/ Robert L. Miller, Jr.
Judge, United States District Court

2