IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAWN D. SCOTT, and MARY K. SCOTT,<br><br>          Plaintiffs,<br><br>vs.<br><br>BIOMET, INC., BIOMET ORTHOPEDICS, LLC, BIOMET U.S. RECONSTRUCTION, LLC, and BIOMET MANUFACTURING, LLC,<br><br>          Defendants. | **8:17CV260**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The parties' request to stay pending mediation is granted.

2) This case is stayed until September 30, 2019.

3) The Clerk shall set an October 1, 2019 case management deadline to check on the status of this case.

June 5, 2019.

                                                    BY THE COURT:

                                                    *s/ Cheryl R. Zwart*
                                                    United States Magistrate Judge