IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAWN D. SCOTT and MARY K. SCOTT,<br><br>Plaintiffs,<br><br>vs.<br><br>BIOMET, INC., BIOMET ORTHOPEDICS, LLC, BIOMET U.S. RECONSTRUCTION, LLC, and BIOMET MANUFACTURING, LLC,<br><br>Defendants. | 8:17CV260<br><br><br>**JUDGMENT** |

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Filing No. 99) and Federal Rule of Civil Procedure 41(a),

JUDGMENT IS ENTERED providing that this action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated this 1st day of April, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge